GEORGE DRAPKIN, Respondent, v. JOSEPH FLAUMENBAUM, Appellant. HUGH McGARRIGLE, Defendant.— Order granting motion to set aside verdict as to defendant Flaumenbaum unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

DOMINICK FINAMORE and ANNA FINAMORE, Respondents, v. CASKEL REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. The proposed finding 14th, found by the trial court at defendant's request, is reversed as contrary to the evidence. In our opinion, this request was found by the trial court either through inadvertence or in the belief that its language referred only to the record title. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MARTHA B. GILLESPIE, as Administratrix, etc., of JAMES W. GILLESPIE, Deceased, Respondent, v. NEWBURGH GAS & OIL COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

CHARLES E. HOFFMAN, Respondent, v. LILLIAN E. HOFFMAN, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners Abutting on Celtic Avenue, Legally Entitled to Damage Caused by -the Closing of Celtic Avenue, Otherwise Known as Mott Road and Road to Calvary Cemetery in the Borough of Queens, City of New York. THE CITY OF NEW YORK and GEORGE P. NICHOLSON, Corporation Counsel, Appellants; IRISH AMERICAN ATHLETIC CLUB, Respondent.— Upon reargument order confirming final report of commissioners of estimate and assessment reversed upon the law and the facts, without costs, and matter remitted to the Special Term for the appointment of new commissioners for rehearing, upon the ground that the award is excessive, unless respondent within twenty days from the entry of the order herein stipulate to reduce the award to the sum of $25,000, without interest; in which event the order, as so modified, is unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.